

**U.S. Department of Justice**
United States Attorney
Northern District of Texas

*1100 Commerce Street, Third Floor*   Main: 214.659.8600
*Dallas, Texas  75242-1699*   Fax:  214.659.8802

October 21, 2015

Lyle Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana  70130

   Re: *United States v. Christopher Callan*, No. 15-10986

Dear Mr. Cayce:

It appears that the above-referenced appellant is appealing the denial of a pro se motion. The district court denied his motion without participation from our office.

Under these circumstances, please be advised that the U.S. Attorney's Office will not participate in this case.  However, if the Court requests a response from the government, we will certainly comply.

Sincerely,

JOHN R. PARKER
UNITED STATES ATTORNEY

*s/ Wes Hendrix*

Wes Hendrix
Assistant United States Attorney

cc: Christopher Douglas Callan
   Register Number 28387-177
   FCI Beaumont Medium
   P.O. Box 26040
   Beaumont, TX 77720-6040